UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) 12 CIV 7191 |
| Plaintiff, | ) Civil Action No. _____ |
| v. | ) |
| Lakshmi Infosoul Services Pvt Ltd., a corporation, | ) USDC SDNY<br>) DOCUMENT<br>) ELECTRONICALLY FILED<br>) DOC #: _____<br>) DATE FILED: 10/3/12 |
| Somenath Das, individually and as an officer of Lakshmi Infosoul Services Pvt Ltd, also d/b/a Techpro Solutions, and | ) |
| Piyush Kheria, individually and as an officer of Lakshmi Infosoul Services Pvt Ltd, | ) |
| Defendants. | ) |

[PROPOSED]

### ORDER TEMPORARILY SEALING FILE

Upon consideration of the Federal Trade Commission's *ex parte* Motion for an Order Temporarily Sealing File, the Court, having reviewed the submission of counsel, finds that good cause exists to temporarily seal the file in this matter. It is hereby:

**ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the entire file and docket in this action, including the Complaint, *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, the supporting Memorandum and the accompanying exhibits, **shall be sealed until 5:00 p.m. October 2, 2012.** At this time, the seal shall automatically be lifted by the clerk without motion

by the Plaintiff or further Order of the Court.

This Order shall not be construed to prohibit service or other disclosure by the Plaintiff, or those acting at Plaintiff's direction, of any *Ex Parte* Temporary Restraining Orders and any papers filed in support thereof to: (1) the parties; (2) nonparty financial institutions; (3) any law enforcement agency; or (4) any foreign enforcement or regulatory authority.

DATED: this 24 day of September 2012

United States District Court Judge

PART I