UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FEDERAL TRADE COMMISSION,

                      Plaintiff,

-v-

PECON SOFTWARE LTD, et. al.,

                      Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2014

12 Civ. 7186 (PAE)
12 Civ. 7188 (PAE)
12 Civ. 7189 (PAE)
12 Civ. 7191 (PAE)
12 Civ. 7192 (PAE)
12 Civ. 7195 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       The Court has previously scheduled a hearing in these related cases on July 9, 2014, at 10 a.m., at which certain defendants are to show cause why a default judgment should not be entered against them. The Court directs the Federal Trade Commission ("FTC") to ensure that the expert economist who submitted a declaration in connection with the application for default judgment, Ryan Sandler, attends the hearing. The Court will ask the FTC to present brief testimony from Mr. Sandler explaining his methodology for estimating damages and his conclusions. The defense is at liberty to cross-examine Mr. Sandler on these subjects. The Court may also put questions for Mr. Sandler.

       SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 26, 2014
       New York, New York